EXHIBIT A

‹ Inbox

How Spotlights apply to our team:

*Seasonal Employees*
Seasonal employees have no guarantee of full time regular employment at the end of their contract. We understand the challenges around seasonal employment. Spotlights are issued more frequently but in smaller amounts to seasonal employees in order to show our appreciation for all your hard work. We hope that it serves as a good incentive and motivation to finish the season with us.

*Fulltime Employees*
Full time employees receive numerous benefits working for Intuit that seasonal employees do not receive. In addition to those things these employees are expected to perform at a higher level than a seasonal employee – this is why they were brought on full time. These employees should not require the extra motivation to "finish the season." Rather than get small spotlights for minor achievements full-time employees should be recognized for their big accomplishments as well as outstanding performance on appropriate assignments.

The Spotlight budget is not unlimited.  There is a recognition budget for the fiscal year- a percentage of base payroll. The percentage of base pay is for both performance and service recognition (years of service) awards.  It is allocated on a quarterly basis.

It is important that we are good stuarts of the spotlight program. When you believe a peer should receive a

It is important that we are good stuarts of the spotlight program. When you believe a peer should receive a spotlight, manager approval is required. Run it by me. J

Have a great weekend!

**Alice Rovney**

AIR Force Manager | Consumer Tax Group

77407 Direct

707-218-4138 Mobile

**SOI: 4-4-4-1**

