

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darci Myers, an individual, on behalf of herself, and on behalf of others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>Intuit, Inc., a Delaware corporation<br><br>**Defendant.** | Civil Action No.  17cv1228-WQH-BLM<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Motion for Summary Judgment is Granted. The First Amended Complaint is dismissed in its entirety.

Date:  5/18/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ A. Sacco

A. Sacco, Deputy